UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-CV-81065-KAM

HOWARD COHAN,

    Plaintiffs,

vs.

P.F. CHANG'S CHINA BISTRO, INC. d/b/a P.F. CHANG'S
CHINA BISTRO,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (DE 17). It is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 29th day of October, 2015.

_____
KENNETH A. MARRA
United States District Judge